DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
RONNIE B. LASKY, Cal. Bar No. 204364
Email: laskyr@sec.gov
BERNARD B. SMYTH III, Cal. Bar No. 217741
Email: smythb@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Michele Wien Layne, Regional Director
John M. McCoy III, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

FILED
CLERK U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

    v.

CUSTODIAN OF RECORDS, R.R. DONNELLEY & SONS COMPANY,

    Respondent.

Case No. CV12-7331-SVW (CWx)

[PROPOSED] ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ISSUED

The Applicant, Securities and Exchange Commission ("Commission"), having filed an *Ex Parte* Application for an Order to Show Cause and Application for Order Compelling Compliance with Administrative Subpoenas against Custodian of Records of R.R. Donnelley & Sons Company ("Donnelly"), the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

I.

IT IS HEREBY ORDERED that the Commission's Application for an Order to Show Cause Why an Order Compelling Compliance with Administrative Subpoenas Should Not Be Issued is GRANTED.

II.

IT IS HEREBY ORDERED that on October 1, 2012, at 1:30 p.m., or as soon thereafter as the parties can be heard, Respondent shall appear before the Honorable STEPHEN V. WILSON, United States District Judge, in Courtroom 6, located at 312 No. Spring St., Los Angeles, California, to show cause, if there be any, why an Order Compelling Compliance with Administrative Subpoenas should not be granted in accordance with the Application filed by the Commission herein.

III.

IT IS FURTHER ORDERED that, and as the Commission and Donnelley have previously agreed, any papers in opposition to the issuance of said Order shall be filed by Respondent with this Court and served on the Commission's Los Angeles Regional Office at 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036, such that they arrive no later than 5:00 p.m. (PST), on September 4, 2012, and that the Commission's reply papers, if any, be filed with this Court and served on Respondent or its counsel, such that they arrive no later than 5:00

///

1  p.m. (PST) on September 7, 2012.

Dated: 8/28/12

UNITED STATES DISTRICT JUDGE

STEPHEN V. WILSON